# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| LAMAR SINGLETON, SR., | CASE NO. 1:10-cv-02019-AWI-SKO |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO PAY THE $350.00 FILING FEE OR SUBMIT A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN THIRTY DAYS OF THE DATE OF SERVICE OF THIS ORDER** |
| v. | |
| ELI LILLY, CO., | |
| Defendant. | |

Plaintiff is proceeding pro se with an action for damages and other relief concerning a claim for products liability against Defendant. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 302 and 304.

Plaintiff filed a complaint on October 27, 2010. However, Plaintiff has not paid the filing fee or submitted an application to proceed in forma pauperis. The filing fee for all civil actions other than habeas corpus is $350.00.

Plaintiff is required either to pay the filing fee or to submit an application accompanied by an original, signed prison trust account statement for the entire six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the

opportunity to either pay the $350.00 filing fee or submit a completed application, with a signed certificate and an original certified copy of his trust account statement covering the full six-month period in support of his request to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty (30) days of the date of service of this order, Plaintiff shall either submit a completed application to proceed in forma pauperis, including a signed certificate and an original certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, or in the alternative, pay the $350.00 filing fee for this action; and

2. The Clerk of the Court is DIRECTED to send to Plaintiff with this order a blank application to proceed in forma pauperis for a person in custody.

Plaintiff's failure to comply with this order will result in a recommendation that the action be dismissed.

IT IS SO ORDERED.

**Dated:   November 8, 2010**               /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE