# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR SINGLETON, | CASE NO. 1:10-cv-02019-AWI-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |
| v. | |
| ELI LILLY CO., | (Doc. 13) |
| Defendant. | |

On June 6, 2011, Plaintiff LaMar Singleton ("Plaintiff") filed a first amended complaint against Eli Lilly Co. ("Defendant"). (Doc. 11.) Plaintiff claimed that Defendant manufactured, marketed, and sold Zyprexa. Plaintiff asserted that taking Zyprexa caused him to develop type 2 diabetes, obesity, severe metabolic complications with multiple cysts, and tumors on both kidneys. Plaintiff stated that Defendant violated his constitutional rights and requested $75,000 in damages.

On June 29, 2011, the Court dismissed Plaintiff's complaint and granted Plaintiff thirty (30) days to file an amended complaint. (Doc. 12.) On July 25, 2011, Plaintiff filed a request for a forty-five (45) to sixty (60) day extension of time to file an amended complaint. (Doc. 13.) Plaintiff asserts that the Kern Valley State Prison has been in a "continued lock-down" since he received notice of the need to amend. (Doc. 13, 1:18-20.) Plaintiff further states that he needs additional time to file his amended complaint "due to medical complications" (Doc. 13, 1:21-23.)

Accordingly, the Court HEREBY ORDERS THAT Plaintiff shall be granted an extension of sixty (60) days to file his amended complaint.

IT IS SO ORDERED.

**Dated:**    **July 27, 2011**                       **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE