# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR SINGLETON, SR., | CASE NO. 1:10-cv-02019-AWI-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT** |
| v. | |
| ELI LILLY, CO., | (Docket No. 15) |
| Defendant. | |
| _____/ | |

On September 21, 2011, Plaintiff filed a motion for a 90-day extension of time to file a Second Amended Complaint.  Plaintiff requests this extension due to medical complications he is experiencing.  (Doc. 15.)  The request for an extension of time will be granted.

Plaintiff is informed that a failure to file an amended complaint on or before the deadline set forth below will result in a recommendation that the action be dismissed for failing to comply with an order of the Court.

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff's motion for an extension of time is GRANTED; and

2.    Plaintiff shall file an amended complaint on or before December 28, 2011.

IT IS SO ORDERED.

**Dated:    September 29, 2011**          _____/s/ Sheila K. Oberto_____
                              UNITED STATES MAGISTRATE JUDGE