1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  LAMAR SINGLETON, SR.,                          CASE NO. 1:10-cv-02019-AWI-SKO

10                                               **ORDER ADOPTING FINDINGS AND**
                    Plaintiff,                   **RECOMMENDATIONS THAT**
11                                               **PLAINTIFF'S COMPLAINT BE**
                                                 **DISMISSED**
12      v.

13                                               **(Doc. No. 18)**
    ELI LILLY, CO.,
14

15                  Defendants.
    _____/
16

17          On June 5, 2012, the Magistrate Judge issued Findings and Recommendations that Plaintiff's

18  complaint be dismissed with prejudice.  (Doc. 18.)  These Findings and Recommendations were

19  served on all parties appearing in the action and contained notice that any objections were to be filed

20  within twenty-eight (28) days after service of the order.  No objections were filed.

21          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a

22  *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the

23  Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

24  The court will dismiss all claims against Defendant Eli Lilly with prejudice.  Further, it appears that

25  Plaintiff may be attempting to add Sherri Lopez as a defendant (Lopez is mentioned for the first time

26  in the second amended complaint, but she is not listed in the caption of the complaint or in the

27  section of the complaint that lists the names of the defendants).  Although Rule of Civil Procedure

28  20 permits a plaintiff to join multiple defendants in a single cause of action, Rule 20's criteria has

1  not been met in this case.  See Fed. R. Civ. Pro. 20(a)(2).  Accordingly, to the extent that Plaintiff

2  is attempting to allege claims against Sherri Lopez in this case, the court will dismiss Lopez without

3  prejudice, but without leave to amend.  Plaintiff may file a separate cause of action against Sherri

4  Lopez.[1]

5

6

7         Accordingly, IT IS HEREBY ORDERED that:

8         1.       The Findings and Recommendations issued June 5, 2012, are ADOPTED IN FULL;

9         2.       Plaintiff's claims against Defendant Eli Lilly are DISMISSED with prejudice and

10                 without leave to amend;

11        3.       Plaintiff's claims against Sherri Lopez are DISMISSED without prejudice, but

12                 without leave to amend in this court; and

13        4.       This Clerk shall CLOSE this case.

14  IT IS SO ORDERED.

15  Dated:    July 24, 2012

16                                                CHIEF UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27  _____

28       [1]The Court is not making any determinations regarding the validity of any claims that Plaintiff may have
     against Sherri Lopez.

2